11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

State Farm Mutual Automobile        * From the 358th District
Insurance Company,                            Court of Ector County,
                                             Trial Court No. D-115,069.

Vs. No. 11-11-00082-CV             * March 14, 2013

Bobby Bowen,                           * Opinion by McCall, J.
                                             Panel consists of: Wright, C.J.,
                                             McCall, J., and Willson, J.

       This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed; and judgment is rendered that Bobby Bowen take nothing from State Farm Mutual Automobile Insurance Company. The costs incurred by reason of this appeal are taxed against Bobby Bowen.